IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| DAVID de SÜSTAR-WARE ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 1:04cv1318 |
| ) | |
| NORDSTROM, INC., et al ) | |
| ) | |
| Defendants | |

MEMORANDUM OPINION

THIS MATTER came before the Court on defendants NORDSTROM, INC., et al's Motion to Compel (#14).

Discovery in this case commenced on July 8, 2005, in accordance with the Scheduling Order issued by the Honorable Gerald Bruce Lee. The motions previously filed by plaintiff DAVID de SÜSTAR-WARE do not serve to stay discovery.[1]  Additionally, plaintiff has failed to file proper objections to the discovery propounded by defendants, nor has he filed a written opposition to this Motion.  Upon review of the pleadings, the Court finds that the Motion to Compel should be granted.

An appropriate Order shall issue.

/S/
Theresa Carroll Buchanan
United States Magistrate Judge

Alexandria, Virginia
September 15, 2005

---

[1]  These motions have not been noticed for hearing in violation of Local Rule 7(E).

```
                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE EASTERN DISTRICT OF VIRGINIA

                             Alexandria Division
```

DAVID de SÜSTAR-WARE              )
                                  )
    Plaintiff                     )
                                  )
v.                                ) Civil Action No. 1:04cv1318
                                  )
NORDSTROM, INC., et al            )
                                  )
    Defendants

ORDER

FOR REASONS stated in the accompanying Memorandum Opinion, it is

ORDERED that defendants NORDSTROM, INC., et al's Motion to Compel (#47) is GRANTED.

ENTERED this 15th day of September, 2005.


                                                       /S/
                                      Theresa Carroll Buchanan
                                      United States Magistrate Judge


Alexandria, Virginia